STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring St., 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-6

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>$54,719.99 seized from Wells Fargo Bank account ******4380 and ******8494,<br><br>        Defendant.<br><br>ALTAYEBAT MARKET, INC.,<br><br>        Claimant. | No.: SACV 13-00703-R(PJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE PURSUANT TO SETTLEMENT** |

    This civil forfeiture action was commenced on May 2, 2013. Claimant Altayebat Market, Inc. ("Claimant") filed a claim on August 7, 2013. No other claims or answers were filed and the

time for filing claims and answers has expired. Plaintiff and Claimant have made a stipulated request for the entry of this Consent Judgment of forfeiture resolving all claims concerning the defendant $54,719.99 seized from Wells Fargo Bank account ******4380 and ******8494 (Asset ID No. 11-IRS-01687)("Defendant Currency").

    The Court has been duly advised of the parties' settlement and has considered the matter. Based upon the Stipulation and mutual consent of the parties hereto, and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** as follows:

    1.    The United States of America ("Government") shall have judgment as to **$44,719.99** of the Defendant Currency, plus all interest earned by the Government on the full amount of the Defendant Currency since seizure, and no other person or entity shall have any right, title or interest therein.

    2.    **$10,000.00** of the Defendant Currency, without any interest earned by the Government on that amount, shall be returned to the Claimant within 45 days from the date of this Judgment. The funds are to be made payable via ACH deposit to Claimant's Counsel: Ulwelling Siddiqui, LLP, 695 Town Center Drive, Suite 700, Costa Mesa, California 92626.

    3.    This Consent Judgment arises from the Parties' Stipulation and Request to Enter Consent Judgment Pursuant to Settlement. Nothing in this Consent Judgment shall be construed nor deemed to be an admission of wrongdoing by the Claimant for any purpose.

4. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the Defendant Currency, the Settlement, and this Consent Judgment.

DATED: FEBRUARY 4, 2015

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

     /s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

• • •

ULWELLING SIDDIQUI, LLP

     /s/
_____
OMAR A. SIDDIQUI, ESQ.

Attorney for Claimant
ALTAYEBAT MARKET, INC.

3